

# NUMBER 13-11-00576-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

TRAVIS MOATES,                                                                            Appellant,

v.

THE STATE OF TEXAS,                                                                    Appellee.

### On appeal from the 444th District Court
### of Cameron County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Garza
Memorandum Opinion Per Curiam**

Appellant, Travis Moates, appealed a judgment entered by the 444th District Court of Cameron County, Texas. On September 12, 2011, the Clerk of this Court notified appellant that the notice of appeal failed to comply with Texas Rule of Appellate Procedure 25.1(d)(2) and 9.5(e). *See* TEX. R. APP. P. 9.5(e). The Clerk directed appellant to file an amended notice of appeal with the district clerk's office within 30 days

from the date of that notice. On January 23, 2012, the Clerk notified appellant that the defect had not been corrected and warned appellant that the appeal would be dismissed if the defects were not cured within ten days. Appellant has failed to correct the defects or otherwise respond to the Court's notices.

On its own motion, with ten days notice to the parties, an appellate court may dismiss a civil appeal for want of prosecution or failure to comply with a notice from the clerk requiring a response or other action within a specified time. *See* Tex. R. App. P. 42.3(b),(c). Accordingly, we dismiss the appeal for want of prosecution and failure to comply with a notice from the Court. *See id.*

PER CURIAM

Delivered and filed the
29th day of March, 2012.

2